### 62291. LUNDY v. THE STATE.

POPE, Judge.

The judgment of the trial court is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED OCTOBER 19, 1981 —
REHEARING DENIED NOVEMBER 4, 1981.

*Alexander L. Zipperer III,* for appellant.

*Spencer Lawton, Jr., District Attorney, Robert M. Hitch, Lee Darragh, Assistant District Attorneys,* for appellee.